IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02321-JLK**

**ZIMMER ENTERPRISES, INC.,**

        Plaintiff,

v.

**ATLANDIA TRADING CO., d/b/a Icelandic Designs,**

        Defendant.

## ORDER

Kane, J.

In the interest of judicial economy and with the concurrence of Judge Daniel, this case is REASSIGNED to Judge Wiley Y. Daniel for further proceedings as it is related to his case numbered 06-cv-480-WYD-MEH.

Dated this 29th day of November, 2007.

BY THE COURT:

***S/John L. Kane***
Senior Judge, United States District Court