IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02321-WYD-CBS

ZIMMER ENTERPRISES, INC.,

    Plaintiff,

v.

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice (filed May 8, 2008). The Stipulation seeks a dismissal of the case with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A), the matter having been fully compromised and settled. After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses, and attorney fees.

Dated: May 14, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge